Oklahoma, and *Owen J. Watts,* Assistant Attorney General, for respondent.

No. 247, Misc.  SQUIRES *v.* RAGEN, WARDEN.  Circuit Court of Winnebago County, Illinois.  Certiorari denied.

No. 251, Misc.  THOMPSON *v.* CRANOR, WARDEN, ET AL. Supreme Court of Washington.  Certiorari denied.

No. 81.  AIKEN *v.* RICHARDSON, *ante,* p. 802.  Rehearing denied.

No. 344.  MARR, DOING BUSINESS AS MARR DUPLICATOR Co., *v.* A. B. DICK Co., *ante,* p. 878.  Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 158, Misc.  CARNEY *v.* ANDERSON ET AL., *ante,* p. 860.  Motion for leave to file a second petition for rehearing denied.

DECEMBER 22, 1952.

No. 455.  NORTHERN PACIFIC RAILWAY CO. ET AL. *v.* MONTANA ET AL.  *Per Curiam:* The judgment is vacated and the case is remanded to the District Court for further proceedings in the light of *King* v. *United States, ante,* p. 254, decided this day.  *Louis E. Torinus, Jr., Eldon M. Martin, Elmer B. Collins* and *Marcellus L. Countryman, Jr.* for appellants.  *Arnold H. Olsen,* Attorney General of Montana, *H. M. Brickett,* Assistant Attorney General, and *Edwin S. Booth* for appellees.